

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00309-CV

_____

IN RE DEB ARMINTOR AND DECRIMINALIZE DENTON, Relators

---

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 24-1005-481

---

Before Womack, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  July 11, 2024